MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
mike@righettilaw.com

Attorney for Plaintiff
Eddy Cuellar

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY CUELLAR,<br><br>            Plaintiff,<br><br>     vs.<br><br>RITE AID CORPORATION,<br><br>            Defendants. | No. 2:14-cv-04048-MWF-(JEMx)<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Judge:    Hon. Michael W. Fitzgerald |

1  Pursuant to Stipulation, it is so Ordered that the Parties are bound by the
2  Stipulated Protective Order.
3
4  Dated: April_13, 2016.
5
6  _____
   United States District Judge
   Hon. Michael W. Fitzgerald
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28